Receipt #11091824
5/20/11 cg

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) BARBARA A. DOMSTER /Case # 05-91366
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 22.79 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

✓ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

___ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Kaufmann's  Amount $ 22.79  Claims Register # 4

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Thomas A. Dorey
Trustee Name

FILED
MAY 20 2011
BANKRUPTCY COURT
BUFFALO, NY

Case 1-05-91366-CLB   Doc 64   Filed 05/20/11   Entered 05/20/11 14:54:58   Desc Main Document   Page 1 of 1